UNITED STATES of America, Plaintiff-Appellee,

v.

Robert Samuel LUMSDEN, Defendant-Appellant.

No. 71-1494.

United States Court of Appeals, Ninth Circuit.

Sept. 20, 1971.

Paul Halvonik, San Francisco, Cal. (argued), Jan E. Peterson, William L. Hanson, Seattle, Wash., for appellant.

Ernest Scott, Jr., Asst. U. S. Atty. (argued), Stan Pitkin, U. S. Atty., Seattle, Wash., for appellee.

Before DUNIWAY, HUFSTEDLER and WRIGHT, Circuit Judges.

PER CURIAM:

Congress has the power to conscript, United States v. O'Brien, 1968, 391 U.S. 367, 377, 88 S.Ct. 1673, 20 L.Ed. 2d 672; conscription does not constitute involuntary servitude, Arver v. United States, 1918, 245 U.S. 366, 38 S.Ct. 159, 62 L.Ed. 349; United States v. Gidmark, 9 Cir., 1971, 440 F.2d 773, nor does it violate due process, United States v. Butler, 6 Cir., 1968, 389 F.2d 172.

Affirmed. The mandate shall issue forthwith.